# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCHMALZ INC.,

    Plaintiff,

v.

BETTER VACUUM CUPS INC.,

    Defendant.

Case No. 2:16-cv-10040-GAD-SDD
Hon. Gershwin A. Drain
Magistrate Judge Stephanie Dawkins Davis

---

HOWARD & HOWARD ATTORNEYS PLLC
By:    Gerald E. McGlynn, III (P41149)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone: (248) 645-1483 | Fax: (248) 645-1568
Email: GMcGlynn@HowardandHoward.com

AMBURN LAW, PLLC
By:    Dean W. Amburn (P46427)
28588 Northwestern Highway, Suite 100
Southfield, Michigan 48034-1840
Phone: (248) 212-2777 | Fax: (248) 308-5540
Email: D.Amburn@GirouxAmburn.com

*Attorneys for Plaintiff*

BUTZEL LONG, PC
By:    Bill C. Panagos (P34068)
41000 Woodward Avenue, Stoneridge West
Bloomfield Hills, Michigan 48304-5130
Phone: (248) 258-1616 | Fax: (248) 258-1439
Email: Panagos@Butzel.com

*Attorneys for Defendant*

---

## STIPULATED CONSENT ORDER
## AND DISMISSAL WITH PREJUDICE

The parties having stipulated and agreed as follows:

1.    This is a patent infringement case where Plaintiff Schmalz, Inc. ("Schmalz") sued Defendant Better Vacuum Cups, Inc. ("BVC") for alleged infringement of U.S. Patent No. 6,364,299 (the '299 patent) titled "Vacuum Holding Apparatus."

1

2. The '299 patent issued on April 2, 2002 and is due to expire on June 29, 2020.

3. BVC's products accused by Schmalz of infringing the '299 patent include but is not limited to: HH114160K1.50, HH11486K1.50, HH11449K1.50, MM114160K1.50, MM11486K1.50, MM11449K1.50, MM45160K1.50, FSH 50114160K1, FSH5011499K1, FSH5011486K1, and FSH5045160K1, and whether or not the locator legs have inward facing protrusions (the "Accused Products"). To remove all doubt, "Accused Products" shall not include K-2 style vacuum cups or any component parts for K-2 style vacuum cups.

4. BVC denies any of the Accused Products infringe the '299 patent. In addition, BVC denies any and all liability claims arising from any and all Schmalz's allegations that the Accused Products infringe the '299 patent. This Stipulated Consent Order is entered only to resolve the above-captioned litigation and shall not be construed as any admission of any liability or that any of the Accused Products infringe the '299 patent.

5. The parties have reached a settlement of this matter and have entered into a confidential Settlement Agreement.

6. BVC has agreed that it will not individually or in cooperation with others make, use, sell, import or offer for sale vacuum cups having clamping levers used to attach the cups to a base. To be clear, the effect of this provision is that BVC

shall exit the market with respect to the K-1 style vacuum cups during the life of the '299 patent. BVC may continue to sell component parts for non-Accused Products, including K-2 style vacuum cups. Within thirty (30) days of the Effective Date, BVC will destroy any unsold or undelivered inventory of the Accused Products.

7. The parties agree to dismissal of this case with prejudice and without costs to either party with the court retaining jurisdiction over any dispute relating to this Order or the Settlement Agreement between the parties.

**NOW THEREFORE** it is ordered that this action is dismissed with prejudice and without costs with the court retaining jurisdiction over this Order and any dispute relating to the Settlement Agreement between the parties.

**SO ORDERED**.

Dated: January 24, 2018

s/Gershwin A. Drain
Hon. Gershwin A. Drain
U.S. District Judge

Stipulated and agreed to by the parties,

| HOWARD & HOWARD ATTORNEYS PLLC | PANAGOS LAW GROUP PLLC |
|---|---|
| By: /s/ Gerald E. McGlynn, III<br>    Gerald E. McGlynn, III (P41149)<br>Attorneys for Plaintiff<br>450 West Fourth Street<br>Royal Oak, Michigan 48067-2557<br>Phone: (248) 645-1483 \| Fax: (248) 723-1568<br>Email: GMcGlynn@HowardandHoward.com | By: /s/ Bill C. Panagos (with Consent)<br>    Bill C. Panagos (P34068)<br>Attorney for Defendant<br>3331 West Big Beaver Road, Suite 102<br>Troy, Michigan 48084<br>Phone:  (248) 564-1635 \| Fax: (248) 564-1336<br>Email: BPanagos@PanIPLaw.com |

By: /s/ Dean W. Amburn
    Dean W. Amburn (P46427)
28588 Northwestern Highway, Suite 100
Southfield, Michigan 48034-1840
Phone: (248) 212-2777 | Fax: (248) 308-5540
Email: D.Amburn@GirouxAmburn.com


Dated:  January 23, 2018